# Exhibit A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2013-04881 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Michael Hoskins | (770) 997-7978 | 08-19-1960 |

| Street Address | City, State and ZIP Code |
|---|---|
| 120 White Tail Court | Fayetteville, GA 30214 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF ATLANTA FIRE RESCUE DEPARTMENT | 500 or More | (404) 546-7000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 226 Peachtree Street SW | Atlanta, GA 30303 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2012   Latest: 06-27-2013
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On December 10, 1998, I was hired as a Firefighter by the above-named employer. In 2010, I filed a discrimination case in Federal Court against my employer. Throughout my employment and most recently since September 1, 2012, I have been denied my request for a reasonable accommodation in the form of providing me work related literature in audio format. On January 9, 2013, I was suspended. On May 13, 2013, I was demoted.

The reason I was given for being suspended was because I violated "Employee Work Rules 1.03(b) Conduct." The reason I was given for being demoted was because I am not assigned to a paramedic unit.

I believe that I have been discriminated against because of my disability, and retaliated against for opposing unlawful employment practices, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 28, 2013
Date

/s/ Michael Hoskins
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED JUN 28 2013 EEOC-ATDO

## SUPPLEMENTAL QUESTIONNAIRE
## AMERICANS WITH DISABILITIES ACT

1. Describe your medical condition: _Dyslexic_

2. How long have you had this condition? _For 52 years_

3. How long do you expect to have this condition? _For life_

4. Explain how this condition affects your daily life: _I have a disability knowed as dyslexic. When it come to reading, I see words differently at time when Reading_

5. Are you on any medications or receiving treatment that affects your medical condition (e.g. insulin, prosthetics, hearing aid, antidepressants, etc.) YES ☑  NO ☐
   If Yes, list your medications or treatment: _Bupropion 300mg, Trazodone 50mg, Citalopram HBR 40mg, Clonazepam 0.5mg_

   Describe any positive or negative "effects" (if any) your medication/treatment have on your medical condition, including side affects: _Help me to stay Focuesd_

6. Describe the major duties of your position which you held or sought: _I am a Sgt that driver the Fire Eng to 911 call_

7. Are you able to perform your duties with or without an accommodation? YES ☐ NO ☐

8. Did you ask for an accommodation? YES ☑ NO ☐. If Yes, when? _6/11/2013_
   Who did you ask (Name/Title) _Chief W. Meadows  Chief M. Simmons_

   Was your request Verbal ☐ Written ☑. The Date and type of accommodation you requested? _see attached letter_

   What response did you get? _see attached email_

9. Name/address of the doctor/physician(s) who diagnosed and/or treats your medical condition: _Dr Carol A. Weber, PhD  80 West Wieuca Road NW Suite 100 Atlanta, GA_

### Declaration

I swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief.

_[signature]_ Murphy Hoskins                                    _6/28/2013_
Charging Party's Signature                                       Today's Date

I Michael Hoskins in 2006 filed a discrimination claim against the city of Atlanta fire Department on the basis of disability. I received a right to sue letter" and file a lawsuit in Federal District Court. However since that time retaliating against me for bringing a prior EEOC complaint against the department in 2006 case number 410-2006-02687. The case went to court April 7, 2010 and the jury ruled in the favor of the fire department. Subsequently the following actions have been done to me since the ruling:

- I was placed on a straight 40-hour work week instead of the 53-hour work week after I brought it to the department's attention that I was being asked to perform paramedic duties, yet not being compensated as a paramedic through my pay. This hindered my ability to work the overtime I was already scheduled to work prior to the shift change.

- My salary was lowered from $59,487.76 to $55,532.46 without any explanation as to why there was a drop in my salary. I have inquired about the decrease in my pay by phone, and to this date I have not gotten a response.

- I was notified on May 2, 2012 that a complaint was filed against me. I was not suspended for this mentioned incident until January, 2013. This suspension exceeded the 90-day investigation time period, and should have been thrown out.

- I have also repeatedly asked, and it is documented that I have a learning disability, for the department to provide me with continuing education course information, resources, text, and exams being provided in an electronic format and in advance so that I can provide accommodations for myself to understand, interpret, and learn the material in order for continued advancement within the department. The ADA states that if the employee is willing to provide the materials to make said accommodations that the department should work with the employee. Yet, to this date the department has only provided me, with one CD, prior to one examination, which is not at all adequate.

These incidents are things that I have endured since my court case in 2010. I want the EEOC to be aware of this because it proves my case of possible retaliation and has experienced an increasingly hostile work environment in retaliation for having to exercise the right to file an EEOC complaint. Most recently, the fire department personnel at the city of Atlanta actually sought to subvert me access to the Employee Assistance program , EAP. Also the not the right to retake the driving tests for the Sgt. promotion. I have evidence that substantiates these incidents.